TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-99-00325-CV

Martin D. Weisman, Appellant

v.

Aurora Loan Services, Inc., Appellee

FROM THE COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY

NO. 244,875, HONORABLE ORLINDA L. NARANJO, JUDGE PRESIDING

PER CURIAM

 Because Martin D. Weisman has neither paid for nor made arrangements to pay
for the clerk's record, we will dismiss this appeal for want of prosecution. See Tex. R. App. P.
35.3(a)(2).

 The Clerk of this Court filed appellant's Notice of Appeal on June 16, 1999, and
appellant's Amended Notice of Appeal on June 17, 1999. By letter dated July 21, 1999, the Clerk
of this Court notified the county clerk's office of Travis County that the clerk's record was
overdue. Notice was received from the county clerk's office on July 29, 1999, that they were
unable to contact appellant at his last known mailing address, that all correspondence sent to him
had been returned as "undeliverable," and, consequently, that the clerk's record had not been
paid for, nor had arrangements for payment been made.

 By letter dated August 12, 1999, appellant was requested to submit a status report
regarding this matter by August 26, 1999. Thus far, appellant has failed to respond to this
request.

 Accordingly, we dismiss the appeal for want of prosecution on our own motion. 
See id. 42.3(b).

Before Justices Jones, Kidd and Patterson

Dismissed for Want of Prosecution

Filed: October 7, 1999

Do Not Publish